UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Israel Maldonado-Benitez,<br><br>Defendants. | Case No. 23-cr-315(01) (SRN/DTS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Garrett S. Fields, United States Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for United States of America

Thomas C. Plunkett, Attorney at Law, 101 E. 5th St., Ste. 1500, Saint Paul, MN 55101, for Defendant Israel Maldonado-Benitez

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court upon the Report and Recommendation ("R&R") of Magistrate Judge David T. Schultz, dated August 21, 2024 [Doc. No. 67]. Mr. Maldonado-Benitez has indicated that he has no objections to the R&R [Doc. No. 68].

Based upon the R&R of the Magistrate Judge, and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The R&R dated August 21, 2024 [Doc. No. 67] is **ADOPTED**.

2. Defendant Israel Maldonado-Benitez's Motion to Suppress Evidence [Doc. No. 43] is **DENIED**.

Dated:  October 18, 2024                                    s/Susan  Richard Nelson
                                                            SUSAN RICHARD NELSON
                                                            United States District Judge