UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. No. 23-315 (SRN/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) SUPERSEDING INDICTMENT |
| | ) |
| Plaintiff, | ) 18 U.S.C. § 2 |
| v. | ) 21 U.S.C. § 841(a)(1) |
| | ) 21 U.S.C. § 841(b)(1)(A) |
| 1. ISRAEL MALDONADO-BENITEZ, | ) 21 U.S.C. § 853(a) |
| and | ) 21 U.S.C. § 853(p) |
| | ) |
| 2. VANESSA VIOLANTE-LUJANO, | ) |
| | ) |
| Defendants. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Attempted Possession With Intent To Distribute Methamphetamine)

On or about June 22, 2022, in the State and District of Minnesota, the defendants,

**ISRAEL MALDONADO-BENITEZ** and
**VANESSA VIOLANTE-LUJANO**,

aiding and abetting and being aided and abetted by each other did knowingly and intentionally attempt to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).



SCANNED
NOV 12 2024
U.S. DISTRICT COURT MPLS

*United States v. Maldonado-Benitez et al.*, Crim. No. 23-315 (SRN/DTS)

## **FORFEITURE ALLEGATIONS**

Count 1 of this Superseding Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1, each defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation(s) and any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, said violation.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY        FOREPERSON