UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Israel Maldonado-Benitez,<br><br>Defendant. | Crim. No. 23-315 (01) (SRN/DTS)<br><br>**ORDER** |

David P. Steinkamp and Garrett S. Fields, United States Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for United States of America.

Thomas C. Plunkett, Attorney at Law, 101 E. 5th St., Ste. 1500, Saint Paul, MN 55101, for Defendant Israel Maldonado-Benitez.

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on the Report and Recommendation (R&R) of Magistrate Judge David T. Schultz, dated February 28, 2025 [Doc. 135]. Defendant Israel Maldonado-Benitez has indicated that he has no objections to the R&R. (Doc. 168.)

Based upon the R&R of the Magistrate Judge, and upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED THAT**

1. The R&R dated February 28, 2025 [Doc. 135] is **ADOPTED**.

2. Defendant Israel Maldonado-Benitez's Motion to Suppress a Statement [Doc. 112] is **DENIED**.

Dated: March 18, 2025

/s/ Susan Richard Nelson
Susan Richard Nelson
United States District Judge