UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-315(01) (SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| ISRAEL MALDONADO-BENITEZ, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Minnesota seeks to dismiss the charge in the Superseding Indictment against the defendant Israel Maldonado-Benitez in this matter. Leave of court is granted for the dismissal. The Superseding Indictment is dismissed without prejudice as to defendant Israel Maldonado-Benitez.

Dated: April 29, 2025

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court Judge